IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ERRICK MOLINA REYES, JULIO LERMA-CABRERA, AND MARIO HUMBERTO CONTRERAS-MEDRANOS<br><br>Defendants. | CASE NO. 8:23CR201<br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the superseding indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the superseding indictment.

_____     2/28/2024
Defendant  *Mario Humberto Contreras-medranos*    Date

_____     2/28/2024
Attorney for Defendant       Date

**ORDER**

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this  28th  day of  February , 20 24 .

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT